IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:                    :
                                     :    CASE NO. 00-09492 GAC
RENTAS SANTIAGO, ERICK R             :
TORRES RODRIGUEZ, RAUEL M            :
                                     :       Chapter 11
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                          :
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                          :
                                     :
     Debtor(s)                       :
_____:

ORDER AND NOTICE TO DEBTOR IN POSSESSION

On 08/17/00 an order for relief under Chapter 11 of the Bankruptcy
Code was entered in this case.  Notice is hereby given that you must comply with the requirements specified herein.
Failure to comply may constitute cause under 11 USC §1112(b) for the dismissal or conversion of the Chapter 11 petition
to Chapter 7.

1.  Debtor shall file the lists, schedules and statements required by Rule 1007 of the Federal Rules of Bankruptcy
Procedure within the time limits specified in this rule.

2.  Debtor shall appear and submit to examination under oath at the meeting of creditors held pursuant to 11 U.S.C.
§341(a).

3.  Debtor shall file a disclosure statement and a reorganization plan within **180 days** from the
date of filing the Chapter 11 petition. A request to extend the period must be filed at least thirty (30) days prior to
the expiration of this time period.  The Court will only extend the period upon a timely application and for specific
cause.

4.  Debtor shall file a monthly report (original copy), with the Clerk of the Bankruptcy Court, and shall serve a
copy to the U.S. Trustee.  The monthly reports shall be in the form specified by the U.S. Trustee's office.  Monthly
reports are prepared on a calendar month basis and shall be filed by the twentieth (20th) day of the month following the
month covered by the report.

5.  Debtor shall pay the quarterly fees to the U.S. Trustee no later than one month following the end of each
calendar quarter.

SO ORDERED.

San Juan, Puerto Rico, this 17 day of August, 2000.

BY ORDER OF THE COURT

CELESTINO MATTA-MENDEZ
   Clerk of the Court

By: Beatriz Ortega
    Deputy Clerk

cc:  Debtor, attorney of record and UST

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED

2000 AUG 17 AM 8:57

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:

*ERICK R. RENTAS SANTIAGO and his
wife, RAQUEL M. TORRES RODRIGUEZ
D/B/A LA SABROSA BAKERY*

    *Debtor*

CASE NO. B00 - 09 02

CHAPTER 11

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER
## CHAPTER 11 AND OF AUTOMATIC STAY OF SUITS

  YOU are hereby notified that the debtors *Erick R. Rentas Santiago and his wife, Raquel M. Torres Rodriguez d/b/a La Sabrosa Bakery* have filed a petition under Title 11, United States Code, Chapter 11 on **AUG 17 2000**.

    PURSUANT to the provisions of 11 USC 362, the filing of the petition by the above-named Debtor operates as a stay of the commencement or continuation of any court or other proceeding against the Debtor, of the enforcement of any judgment against him, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the Debtor, and of any court proceeding commenced for the purpose of rehabilitation of the Debtor or the liquidation of his estate.

    THIS notice is sent to you by order of the United States Bankruptcy Judge.

  IN San Juan, Puerto Rico, this _____th day of ___**AUG 17 2000**_____, 19____.

           CELESTINO MATTA-MENDEZ
           Clerk of the Court

           U.S. BANKRUPTCY COURT



(Seal of the Court)

           By: _____
               Deputy Clerk

9492(C)

| **FORM B1** | **United States Bankruptcy Court**<br>**District of Puerto Rico** | **VOLUNTARY PETITION** |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>Rentas Santiago, Erick R. | Name of Joint Debtor (Spouse)(Last, First, Middle)<br>Torres Rodríguez, Raquel M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>D/B/A La Sabrosa Bakery<br>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 | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>D/B/A La Sabrosa Bakery<br>00 - 09492 |
| Soc.Sec./Tax I.D. No. (If more than one, state all):<br>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 | Soc.Sec./Tax I.D. No. (If more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>Urb. San Martin<br>Calle 1 B#7<br>Juana Díaz, PR 00795 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>Urb. San Martin<br>Calle 1 B#7<br>Juana Díaz, PR 00795 |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P. O. Box 665<br>Juana Díaz, P. R. 00795 | Mailing Address of Joint Debtor (if different from street address):<br>SAME |

| Location of Principal Assets of Business Debtor<br>(If different from street address above)<br>Comercio Street #115 | Juana Díaz, P.R. 00795 |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check any applicable box) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case Ancillary to Foreign Proceeding |
| ☐ Other _____ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☒ Debtor is a small business as defined in 11 USC §101. | |
| ☐ Debtor is and elects to be considered a small business under 11 USC §1121(e)(Optional) | |

**Statistical/Administrative Information (Estimates Only)**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

00 AUG 17 AM 8:41 RECEIVED FILED RELIEF ORDERED

### Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Copyright 1997 M. Mohr, Inc. [1-800-998-2424]

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **FORM B1, Page 2** |
|---|---|
| | Name of Debtor(s): Rentas Santiago, Erick R. |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attached additional sheet)

| Location<br>Where Filed: PUERTO RICO | Case Number:<br>B97 13637 (GAC) | Date:<br>SEPT 1998 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attached additional sheet)

| Name of Debtor: | Case Number: | Date: |
|---|---|---|
| Relationship: | District: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Erick R._
Signature of Debtor Rentas Santiago, Erick R.

X _Raquel M. Torres Rodriguez_
Signature of Joint Debtor Torres Rodriguez, Raquel M.

Telephone Number (if not represented by attorney)

August 15, 2000
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition if true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

MODESTO BIGAS MENDEZ #129507
Printed Name of Attorney for Debtor(s)

BIGAS & BIGAS MODESTO BIGAS MENDEZ, ESQ
Firm Name

P O BOX 7462
Address

PONCE PR 00732-7462

(787) 844-1444
Telephone Number

August 15, 2000
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

Copyright 1997 M. Mohr, Inc. [1-800-998-2424]

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:                                          CASE NO.  B00-

*ERICK R. RENTAS SANTIAGO and his*
*wife, RAQUEL M. TORRES RODRIGUEZ*
*D/B/A LA SABROSA BAKERY*

            *Debtor*                          CHAPTER  11

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## *LIST OF CREDITORS*

1.   ALMACEN BELFORD RAMIREZ                    $486.25
     C/O LCDO DARIO PADIN MIMOSO
     PO BOX 195337
     SAN JUAN PR 00919-5337

2.   AMERICAN EXPRESS CO                        $711.97
     P O BOX 1270
     NEWARK NJ 07101

3.   AMPA FOODS SALES INC                       $311.65
     P O BOX 8991
     PONCE PR  00732

4.   AVCO A/K/A THE ASSOCIATES                $2,071.82
     DEPARTAMENTO DE COBROS
     PO BOX 7559
     CAGUAS PR 00726

5.   BALLESTER HERMANOS INC                     $306.02
     C/O LCDO DARIO PADIN MIMOSO
     PO BOX 195337
     SAN JUAN PR 00919-5337

6.     BANCO POPULAR DE PR                 $184,722.25
           P/C LCDA MIGDALIA EFFIE GUASP
           P O BOX 362708
           SAN JUAN PR  00936-2708

7.     BANCO SANTANDER                    $4,718.83
           P O BOX 362589
           SAN JUAN PR  00936-2589

8.     BEEPERS TELEFONICA                $2,321.90
           P O BOX 70366
           SAN JUAN PR  00936

9.     BFI OF PONCE INC                     $1,371.52
           P O BOX 7104
           PONCE PR  00732

10.    BISMARK TRADING INC                $765.65
           P O BOX 192198
           HATO REY PR  00919-2198

11.    BORDEN - PUERTO RICO              $1,689.66
           C/O LCDO DARIO PADIN MIMOSO
           PO BOX 195337
           SAN JUAN PR 00919-5337

12.    CELULARES TELEFONICA              $100.00
           POBOX 70366
           SAN JUAN PR 00936-7366

13.    CERVECERIA INDIA INC               $797.95
           C/O LCDO DARIO PADIN MIMOSO
           PO BOX 195337
           SAN JUAN PR 00919-5337

14. COCA-COLA PUERTO RICO      $2,938.60
    P/C CAMARA COMERCIANTES MAYORISTAS
    P O BOX 195337
    SAN JUAN PR  00919-5337

15. COLOMER & SUAREZ      $368.00
    P O BOX 81
    PONCE PR  00734-3081

16. COMMOLOCO      $3,000.00
    P O BOX 363769
    SAN JUAN PR  00936-3769

17. COOP A/C DE JUANA DIAZ      $36,736.67
    P/C LCDO HERMAN F VALENTIN FIGUEROA
    DORAL BLDG SUITE 306
    650 MUÑOZ RIVERA AVE
    SAN JUAN PR  00918

18. FONDO DEL SEGURO DEL ESTADO      $3,650.79
    P O BOX 365028
    SAN JUAN PR  00936-5028

19. DPTO DEL TRABAJO Y RECURSOS HUMANOS      $30,968.21
    505 PRUDENCIO RIVERA MARTINEZ BLDG
    SPECIAL PROCEDURE UNIT - 12 FLOOR
    SAN JUAN PR  00918

20. EFRAIN NUÑEZ INC      $2,739.21
    P O BOX 191478
    SAN JUAN PR  00919-1478

21. EMPRESAS MALDONADO      $9,147.84
    P O BOX 851
    JUANA DIAZ PR  00795

22. ENRIQUE SANCHEZ ALVARADO      $19,600.00
    C/O GARAGE TEXACO
    CALLE PRINCIPAL
    URB LA VEGA
    VILLALBA PR  00766

23. EUROBANK      $710.00
    ATT SR RAFAEL FERREIRA
    P O BOX 191009
    SAN JUAN PR  00919-1009

24. FCNB PREFERRED CHARGE (SPIEGEL)      $650.22
    P O BOX 2650
    PORTLAND OREGON  97208

25. GARAGE MARTINEZ      $1,671.61
    P O BOX 1413
    JUANA DIAZ PR 00795

26. HELAPAN INC      $2,691.41
    P O BOX 362213
    SAN JUAN PR  00936-2213

27. IMPRENTA LLORENS      $367.00
    HC-03 BOX 12149
    JUANA DIAZ PR  00795

28. INTERNAL REVENUE SERVICE      $170,716.10
    MERCANTIL PLAZA OFIC 914
    2 AVE PONCE DE LEON - STOP 27 1/2
    SAN JUAN PR  00718-1693

29. ISLAND FINANCE CORP      $5,800.00
    BANKRUPTCY DEPARTMENT
    P O BOX 195369
    SAN JUAN PR  00919-5369

30.   J C PENNEYS CO INC                     $868.38
      P O BOX 364788
      SAN JUAN PR  00936-4788

31.   JOSE A RODRIGUEZ                  $438.16
      P O BOX 10141
      PONCE PR  00732

32.   JOSE A RODRIGUEZ CINTRON       $3,265.00
      115-A CALLE COMERCIO
      JUANA DIAZ PR  00795

33.   JULIAN TIRES SERVICE           $1,050.00
      C-100
      COTO LAUREL PR  00708

34.   KOOLEE DE PUERTO RICO        $2,310.00
      P O BOX 363341
      SAN JUAN PR  00936-3341

35.   KWAN WONG             *** (UP TO DATE)
      C/O REST POPULAR CHINA
      72 CALLE COMERCIO
      JUANA DIAZ PR  00795

36.   LUIS A MARRERO                 $630.93
      URB LAS DELICIAS
      H-1 VILLAS VALDIVIESO
      PONCE PR  00731

37.   MARIOLA                        $442.75
      P O BOX 1316
      CABO ROJO PR  00623

38.   MAYA FOOD SERVICE INC         $998.41
      P O BOX 3927
      SAN JUAN PR  00902

39. MELENDEZ ICE PLANT $2,724.20
    P O BOX 993
    COTO LAUREL PR  00780

40. MENDEZ & CO INC $3,019.20
    C/O LCDO DARIO PADIN MIMOSO
    PO BOX 195337
    SAN JUAN PR 00919-5337

41. MUNICIPIO DE JUANA DIAZ $13,753.30
    JUANA DIAZ PR  00795

42. PAS ADVERTISING $680.27
    301 MARGINA SUITE 372
    LA RAMBLA
    PONCE PR  00731

43. PED FOOD DISTRIBUTORS INC $569.13
    C/O LCDO DARIO PADIN MIMOSO
    PO BOX 195337
    SAN JUAN PR 00919-5337

44. PEPSI COLA $1,370.78
    C/O LCDO DARIO PADIN MIMOSO
    PO BOX 195337
    SAN JUAN PR 00919-5337

45. POETA LUMBER INC $700.67
    P O BOX 927
    JUANA DIAZ PR  00795

46. PONCE BAKERY SUPPLY $3,179.23
    P O BOX 668
    PONCE PR  00733

47. P R TELEPHONE CO
    P O BOX 71401
    SAN JUAN PR  00936                      $2,321.90

48. PURATOS DE PUERTO RICO INC
    P O BOX 1949
    CAROLINA PR  00984-1949                 $1,292.74

49. RG MORTGAGE CORP
    PO BOX 362394
    SAN JUAN PR 00936-2394                    $542.40

50. RED START DE PR
    P O BOX 3428
    CAROLINA PR  00984                      $1,458.38

51. SEARS ROEBUCK & CO
    P O BOX 71204
    SAN JUAN PR  00936-7604                 $8,025.70

52. STATE CHEMICAL SALES CO
    P O BOX 29474
    RIO PIEDRAS PR  00929                     $765.10

53. SUIZA DAIRY
    C/O LCDO DARIO PADIN MIMOSO            $40,203.79
    PO BOX 195337
    SAN JUAN PR 00919-5337

54. TAINO PAPER
    P O BOX 1047
    BAYAMON PR  00960-1047                  $2,940.03

55. TROPIC JUICE
    1 AVE FLAMBOYAN                           $448.00
    COTO LAUREL PR  00780

56. TROPIGAS DE PR INC $3,442.00
    P/C HUMBERTO BERRIOS
    P O BOX 11427
    SAN JUAN PR  00910-2527

57. V SUAREZ & CO INC $558.70
    C/O LCDO DARIO PADIN MIMOSO
    PO BOX 195337
    SAN JUAN PR 00919-5337

58. ZALES JEWELERS $2,554.90
    255 PONCE DE LEON AVE.
    SUITE A-295
    SAN JUAN PR 00917-1901

T O T A L:     $593,145.18

# United States Bankruptcy Court
## District of Puerto Rico

**IN RE**

Rentas Santiago, Erick R.
D/B/A La Sabrosa Bakery
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
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

Urb. San Martin
Calle 1 B#7
Juana Díaz, PR  00795

& Torres Rodríguez, Raquel M.
D/B/A La Sabrosa Bakery

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

Urb. San Martin
Calle 1 B#7
Juana Díaz, PR  00795

**DEBTOR(S)**

Case No. B00-

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA OFIC 914<br>2 PONCE DE LEON PDA 27 1/2<br>SAN JUAN, PR 00918-1693 | | Trade Debt | | 64,110.08 |
| SUIZA DAIRY<br>C/O LCDO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR 00919-5337 | | Trade Debt | | 40,203.79 |
| DEPARTAMENTO DEL TRABAJO<br>EDIF PRUDENCIO R MARTINEZ<br>505 AVE MUÑOZ RIVERA<br>HATO REY, PR 00918 | | Trade Debt | | 30,968.21 |
| ENRIQUE SANCHEZ ALVARADO<br>C/O GARAGE TEXACO<br>CALLE PRINCIPAL URB LA VEGA<br>VILLALBA, PR 00766 | | Trade Debt | | 19,600.00 |
| MUNICIPIO DE JUANA DIAZ<br>CASA ALCALDIA<br>JUANA DIAZ, PR 00795 | | Trade Debt | | 13,753.30 |
| COOP A/C JUANA DIAZ<br>113 CALLE COMERCIO<br>JUANA DIAZ, PR 00795 | | Trade Debt | | 11,567.84 |
| ENPRESAS MALDONADO<br>BOX 851<br>JUANA DIAZ, PR 00795 | | Trade Debt | | 9,147.84 |

Date: August 16, 2000

_____

_____
Debtor

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

---

## List of Creditors Holding 20 Largest Unsecured Claims
### Continuation Sheet - Page 1 of 1

---

SEARS ROEBUCK OF PR INC
G P O BOX 71204
SAN JUAN, PR 00936-7604                    Trade Debt                    8,025.70

BANCO SANTANDER-PR
P O BOX 362589
SAN JUAN, PR 00936-2589                    Trade Debt                    4,718.83

CORP DEL FONDO DEL SEGURO
DEL ESTADO
P O BOX 365028
SAN JUAN, PR 00936-5028                    Trade Debt                    3,650.79

JOSE A. RODRIGUEZ CINTRON
115-A CALLE COMERCIO
JUANA DIAZ, PR 00795                       Trade Debt                    3,625.00

TROPIGAS DE PR
PO BOX 11427
SAN JUAN, PR 00910-2527                    Trade Debt                    3,442.00

PONCE BAKERY SUPPLY
PO BOX 668
PONCE, PR 00733                            Trade Debt                    3,179.23

MENDEZ & CO INC
C/O LCDO DARIO PADIN MIÑOSO
PO BOX 195337
SAN JUAN, PR 00919-5337                    Trade Debt                    3,019.20

COMMOLOCO
P O BOX 363769
SAN JUAN, PR 00936-3769                    Trade Debt                    3,000.00

COCA-COLA PUERTO RICO
C/O LCDO DARIO PADIN MIÑOSO
PO BOX 195337
SAN JUAN, PR 00919-5337                    Trade Debt                    2,968.60

TAINO PAPER
PO BOX 1047
BAYAMON, PR 00960-1047                     Trade Debt                    2,940.03

ISLAND FINANCE CORP
BANKRUPTCY DEPARTMENT
P O BOX 195369
SAN JUAN, PR 00919-5369                    Trade Debt                    2,900.00

EFRAIN NUÑEZ INC
PO BOX 191478
SAN JUAN, PR 00919-1478                    Trade Debt                    2,739.21

MELENDEZ ICE PLANT
PO BOX 993
COTO LAUREL, PR 00780                      Trade Debt                    2,724.20

---

        Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**IN RE**

Rentas Santiago, Erick R.                    & Torres Rodríguez, Raquel M.
D/B/A La Sabrosa Bakery                     D/B/A La Sabrosa Bakery
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
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                                         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

Urb. San Martin                                   Urb. San Martin                    Case No. B00-_____
Calle 1 B#7                                         Calle 1 B#7
Juana Díaz, PR  00795                         Juana Díaz, PR  00795    **DEBTOR(S)**    Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................ $ 150.00 /Hr

   Prior to the filing of this statement I have received ................................................ $ 5,000.00

   Balance Due ................................................................ $ N/A

2. The source of the compensation paid to me was:    ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:    ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   NONE

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_August 16, 2000_
Date

_____
Signature of Attorney

BIGAS & BIGAS MODESTO BIGAS MENDEZ, ESQ
Name of Law Firm

---

IN THE MATTER OF:
ERICK R. RENTAS SANTIAGO
D/B/A LA SABROSA BAKERY
PO BOX 665
JUANA DIAZ PR 00795

MODESTO BIGAS MENDEZ ESQ
ATTORNEY FOR DEBTOR (S)
P O BOX 7462
PONCE PR 00732-7462

U S TRUSTEE OFFICE
FEDERAL BLDG & COURTHOUSE
AVE CARLOS CHARDON - SUITE 638
SAN JUAN PR 00918-2201

DEPARTMENT OF JUSTICE
P O BOX 9020192
SAN JUAN PR 00902-0192

U S ATTORNEY'S OFFICE
FEDERAL BLDG & COURTHOUSE
AVE CARLOS CHARDON - SUITE 452
SAN JUAN PR 00918-2201

US ATTORNEY GENERAL
10TH ST NORTHWEST
WASHINGTON DC 20530

US INTERNAL REVENUE SERVICE
2 PONCE DE LEON AVE STOP 27 ½
MERCANTIL PLAZA BLDG ROOM 914
SAN JUAN PR 00918-1693

ALMACEN BELFORD RAMIREZ
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

AMERICAN EXPRESS CO
P O BOX 1270
NEWARK NJ 07101

AMPA FOODS SALES INC
P O BOX 8991
PONCE PR 00732

AVCO A/K/A THE ASSOCIATES
DEPARTAMENTO DE COBROS
PO BOX 7559
CAGUAS PR 00726

BALLESTER HERMANOS INC
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

BANCO POPULAR DE PR
P/C LCDA MIGDALIA EFFIE GUASP
P O BOX 362708
SAN JUAN PR 00936-2708

BANCO SANTANDER
P O BOX 362589
SAN JUAN PR 00936-2589

BEEPERS TELEFONICA
P O BOX 70366
SAN JUAN PR 00936

BFI OF PONCE INC
P O BOX 7104
PONCE PR 00732

BISMARK TRADING INC
P O BOX 192198
HATO REY PR 00919-2198

BORDEN - PUERTO RICO
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

CELULARES TELEFONICA
POBOX 70366
SAN JUAN PR 00936-7366

CERVECERIA INDIA INC
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

COCA-COLA PUERTO RICO
P/C CAMARA COMERCIANTES MAYORISTAS
P O BOX 195337
SAN JUAN PR 00919-5337

COLOMER & SUAREZ
P O BOX 81
PONCE PR 00734-3081

COMMOLOCO
P O BOX 363769
SAN JUAN PR 00936-3769

COOP A/C DE JUANA DIAZ
P/C LCDO HERMAN F VALENTIN FIGUEROA
DORAL BLDG SUITE 306
650 MUÑOZ RIVERA AVE
SAN JUAN PR 00918

FONDO DEL SEGURO DEL ESTADO
P O BOX 365028
SAN JUAN PR 00936-5028

DPTO DEL TRABAJO Y RECURSOS
HUMANOS
505 PRUDENCIO RIVERA MARTINEZ BLDG
SPECIAL PROCEDURE UNIT - 12 FLOOR
SAN JUAN PR 00918

EFRAIN NUÑEZ INC
P O BOX 191478
SAN JUAN PR 00919-1478

EMPRESAS MALDONADO
P O BOX 851
JUANA DIAZ PR 00795

ENRIQUE SANCHEZ ALVARADO
C/O GARAGE TEXACO
CALLE PRINCIPAL
URB LA VEGA
VILLALBA PR 00766

EUROBANK
ATT SR RAFAEL FERREIRA
P O BOX 191009
SAN JUAN PR 00919-1009

FCNB PREFERRED CHARGE (SPIEGEL)
P O BOX 2650
PORTLAND OREGON  97208

GARAGE MARTINEZ
P O BOX 1413
JUANA DIAZ PR 00795

HELAPAN INC
P O BOX 362213
SAN JUAN PR  00936-2213

IMPRENTA LLORENS
HC-03 BOX 12149
JUANA DIAZ PR  00795

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA OFIC 914
2 AVE PONCE DE LEON - STOP 27 1/2
SAN JUAN PR  00718-1693

ISLAND FINANCE CORP
BANKRUPTCY DEPARTMENT
P O BOX 195369
SAN JUAN PR  00919-5369

J C PENNEYS CO INC
P O BOX 364788
SAN JUAN PR  00936-4788

JOSE A RODRIGUEZ
P O BOX 10141
PONCE PR  00732

JOSE A RODRIGUEZ CINTRON
15-A CALLE COMERCIO
JUANA DIAZ PR  00795

JULIAN TIRES SERVICE
C-100
COTO LAUREL PR  00708

KOOLEE DE PUERTO RICO
P O BOX 363341
SAN JUAN PR  00936-3341

KWAN WONG
C/O REST POPULAR CHINA
72 CALLE COMERCIO
JUANA DIAZ PR  00795

LUIS A MARRERO
URB LAS DELICIAS
H-1 VILLAS VALDIVIESO
PONCE PR  00731

MARIOLA
P O BOX 1316
CABO ROJO PR  00623

MAYA FOOD SERVICE INC
P O BOX 3927
SAN JUAN PR  00902

MELENDEZ ICE PLANT
P O BOX 993
COTO LAUREL PR  00780

MENDEZ & CO INC
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

MUNICIPIO DE JUANA DIAZ
JUANA DIAZ PR  00795

PAS ADVERTISING
301 MARGINA SUITE 372
LA RAMBLA
PONCE PR  00731

PED FOOD DISTRIBUTORS INC
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

PEPSI COLA
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

POETA LUMBER INC
P O BOX 927
JUANA DIAZ PR  00795

PONCE BAKERY SUPPLY
P O BOX 668
PONCE PR  00733

P R TELEPHONE CO
P O BOX 71401
SAN JUAN PR  00936

PURATOS DE PUERTO RICO INC
P O BOX 1949
CAROLINA PR  00984-1949

RG MORTGAGE CORP
PO BOX 362394
SAN JUAN PR 00936-2394

RED START DE PR
P O BOX 3428
CAROLINA PR  00984

SEARS ROEBUCK & CO
P O BOX 71204
SAN JUAN PR  00936-7604

STATE CHEMICAL SALES CO
P O BOX 29474
RIO PIEDRAS PR  00929

SUIZA DAIRY
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE

Rentas Santiago, Erick R.
D/B/A La Sabrosa Bakery
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
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

&Torres Rodríguez, Raquel M.
D/B/A La Sabrosa Bakery

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

Urb. San Martin
Calle 1 B#7
Juana Díaz, PR  00795

Urb. San Martin
Calle 1 B#7
Juana Díaz, PR  00795

**DEBTOR(S)**

Case No. B00- _____

Chapter  11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A | Real Property | Yes | 2 | 242,000.00 | | |
| B | Personal Property | Yes | 4 | 71,892.00 | | |
| C | Property Claimed as Exempt | Yes | 1 | | | |
| D | Creditors Holding Secured Claims | Yes | 1 | | 150,719.93 | |
| E | Creditors Holding Unsecured Priority Claims | Yes | 2 | | 64,110.08 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 378,315.17 | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | Yes | 1 | | | 1,694.00 |
| J | Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,494.00 |
| | Total Number of Sheets of All Schedules | | 27 | | | |
| | Total Assets | | | 313,892.00 | | |
| | Total Liabilities | | | | 593,145.18 | |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial Lot at 115 A Comercio Street Juana Diaz P. R. | OWNERS IN FEE SIMPLE | J | 150,000.00 | 150,177.53 |
| Lot and residence at debtors address | OWNERS IN FEE SIMPLE | J | 92,000.00 | 542.40 |
| | | | | |

_1_ continuation sheets attached        **TOTAL** | 242,000.00

(Report also on Summary of Schedules)

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | AAA, AEE and PRT Deposits at home and business | J | 1,400.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Furniture and appliances at debtor's address | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes and accesories | J | 800.00 |
| 7. Furs and jewelry. | | Personal Jewelry | J | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearm and Video Camera | J | 700.00 |

 Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | U W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give par-ticulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give partic-ulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accesso-ries. | | 1973 Volkswagen | J | 600.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Office supplies and materials | J | 300.00 |

## SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Manufacturing Ingredients<br>Various Items | J<br>J | 4,000.00<br>59,092.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | X | | | |

**TOTAL** 71,892.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

_____0 continuation sheets attached

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Real Property** | | | |
| Lot and residence at debtors address | 11 USC 522 (d)(1) | 32,300.00 | 92,000.00 |
| **Security deposits with public utilities** | | | |
| AAA, AEE and PRT Deposits at home and | 11 USC 522(d)(5) | 1,400.00 | 1,400.00 |
| **Household goods and furnishings** | | | |
| Furniture and appliances at debtor's | 11 USC 522(d)(3) | 3,000.00 | 3,000.00 |
| **Wearing apparel** | | | |
| Clothes and accesories | 11 USC 522(d)(3) | 800.00 | 800.00 |
| **Furs and jewelry** | | | |
| Personal Jewelry | 11 USC 522(d)(5) | 2,000.00 | 2,000.00 |
| **Firearms and sports, photographic, and other** | | | |
| Firearm and Video Camera | 11 USC 522(d)(5) | 700.00 | 700.00 |
| **Automobiles, trucks, trailers, and other vehicles** | | | |
| 1973 Volkswagen | 11 USC 522(d)(2) | 600.00 | 600.00 |
| **Office equipment, furnishings, and supplies** | | | |
| Office supplies and materials | 11 USC 522(d)(5) | 300.00 | 300.00 |
| **Machinery, fixtures, equipment used in business** | | | |
| Manufacturing Ingredients | 11 USC 522(d)(5) | 4,000.00 | 4,000.00 |
| Various Items | 11 USC 522(d)(5) | 7,750.00 | 59,092.00 |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE: Rentas Santiago, Erick R.        Case No. B00-
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BANCO POPULAR DE PR <br> P O BOX 362708 <br> SAN JUAN, PR 00936-2708 | | J | FIRST MORTGAGE ON COMMERCIAL PROPERTY <br><br> Value $   150,000.00 | | | | 150,177.53 <br><br> 177.53 |
| ACCOUNT NO. <br> R & G MORTGAGE CORP <br> 1-800-766-8306 <br> P O BOX 362394 <br> SAN JUAN, PR 00936-2394 | | J | FIRST MORTGAGE ON DEBTORS RESIDENCE <br><br> Value $   92,000.00 | | | | 542.40 |
| ACCOUNT NO. <br><br><br> | | | <br><br> Value $ | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> Value $ | | | | |

|  | | |
|---|---|---|
| _____0 Continuation Sheets attached | Subtotal (Total of this page) | 150,719.93 |
| | (Complete only on last sheet of Schedule D)   **TOTAL** | 150,719.93 |
| | (Report total also on Summary of Schedules) | |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the Total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. §507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507(a)(9).

\* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1 Continuation Sheets attached

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> INTERNAL REVENUE SERVICE <br> MERCANTIL PLAZA OFIC 914 <br> 2 PONCE DE LEON PDA 27 1/2 <br> SAN JUAN, PR 00918-1693 | | J | TAXES (FUTA & FICA) OWED FOR THE PERIODS FROM 3/31/97 UNTIL 3/31/00 | | | | 64,110.08 <br><br> 64,110.08 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet _____1_____ of _____1_____ Continuation Sheets attached to Schedule E

Subtotal (Total of this page)  64,110.08

(Complete only on last sheet of Schedule E) **TOTAL**  64,110.08

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ALMACEN BELFORD RAMIREZ<br>C/O LCDO DARIO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 486.25 |
| ACCOUNT NO.3726-861926-01009<br>AMERICAN EXPRESS CARD<br>PO BOX 114<br>NEWARK, NJ 07101-0114 | | J | CREDIT CARD | | | | 711.97 |
| ACCOUNT NO.<br>AMPA FOOD SALES INC<br>PO BOX 8991<br>PONCE, PR 00732 | | J | DAIRY PRODUCTS | | | | 311.65 |
| ACCOUNT NO.<br>AVCO A/K/A THE ASSOCIATES<br>DEPARTAMENTO DE COBROS<br>P O BOX 7559<br>CAGUAS, PR 00726 | | J | PERSONAL LOAN | | | | 2,071.82 |

___12 Continuation Sheets attached

Subtotal (Total of this page)   3,581.69

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BALLESTER HERMANOS, INC<br>C/O LCDO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 306.02 |
| ACCOUNT NO.<br>BANCO POPULAR DE PR<br>P O BOX 362708<br>SAN JUAN, PR 00936-2708 | | J | VISA CARDA ACCOUNT | | | | 4,896.72 |
| ACCOUNT NO.<br>BANCO POPULAR DE PR<br>P O BOX 362708<br>SAN JUAN, PR 00936-2708 | | J | PLAZA CARD ACCOUNT | | | | 2,648.00 |
| ACCOUNT NO.0899801-9002<br>BANCO POPULAR DE PR<br>P O BOX 362708<br>SAN JUAN, PR 00936-2708 | | J | COMMERCIAL LOAN | | | | 12,000.00 |
| ACCOUNT NO.0899801-8901<br>BANCO POPULAR DE PR<br>P O BOX 362708<br>SAN JUAN, PR 00936-2708 | | J | CREDIT LINE | | | | 15,000.00 |

Sheet ____1___ of ____12__ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 34,850.74

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BANCO SANTANDER-PR <br> P O BOX 362589 <br> SAN JUAN, PR 00936-2589 | | J | VISA CARD ACCOUNT | | | | 4,718.83 |
| ACCOUNT NO. <br> BEEPERS TELEFONICA <br> PO BOX 70366 <br> SAN JUAN, PR 00936 | | J | BEEPER ACCOUNT | | | | 2,321.90 |
| ACCOUNT NO. <br> BFI PONCE INC <br> PO BOX 7104 <br> PONCE, PR 00732 | | J | GARBAGE DISPOSAL | | | | 1,371.52 |
| ACCOUNT NO. <br> BISMARK TRADING INC. <br> PO BOX 192198 <br> HATO REY, PR 00919 | | J | PLASTIC PACKS | | | | 765.65 |
| ACCOUNT NO. <br> BORDEN PUERTO RICO <br> C/O LCDO PADIN MIMOSO <br> PO BOX 195337 <br> SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 1,689.66 |

Sheet _____ 2 of _____ 12 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 10,867.56

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CELULARES TELEFONICA <br> P O BOX 70366 <br> SAN JUAN, PR 00936-7366 | | J | CELULAR PHONES ACCOUNT | | | | 180.00 |
| ACCOUNT NO. <br> CERVECERIA INDIA INC <br> C/O LCDO PADIN MIMOSO <br> PO BOX 195337 <br> SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 797.95 |
| ACCOUNT NO. <br> COCA-COLA PUERTO RICO <br> C/O LCDO DARIO PADIN MIMOSO <br> PO BOX 195337 <br> SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 2,968.60 |
| ACCOUNT NO. <br> COLOMER & SUAREZ INC <br> PO BOX 30081 <br> PONCE, PR 00734-0081 | | J | CHEESE | | | | 368.00 |
| ACCOUNT NO. 48-03614-1-20 <br> COMMOLOCO <br> P O BOX 363769 <br> SAN JUAN, PR 00936-3769 | | J | PERSONAL LOAN | | | | 3,000.00 |

Sheet ____3___ of ____12___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 7,314.55

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

 Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.2983<br>COOP A/C JUANA DIAZ<br>113 CALLE COMERCIO<br>JUANA DIAZ, PR 00795 | X | J | PERSONAL LOAN | | | | 11,567.84 |
| ACCOUNT NO.2366<br>COOP A/C JUANA DIAZ<br>113 CALLE COMERCIO<br>JUANA DIAZ, PR 00795 | X | J | PERSONAL LOAN | | | | 20,168.83 |
| ACCOUNT NO.<br>COOP A/C JUANA DIAZ<br>113 CALLE COMERCIO<br>JUANA DIAZ, PR 00795 | | J | CREDIT LINE | | | | 5,000.00 |
| ACCOUNT NO.<br>CORP DEL FONDO DEL SEGURO<br>DEL ESTADO<br>P O BOX 365028<br>SAN JUAN, PR 00936-5028 | | J | WORKERS LIABILITY INSURANCE | | | | 3,650.79 |
| ACCOUNT NO.<br>DEPARTAMENTO DEL TRABAJO<br>EDIF PRUDENCIO R MARTINEZ<br>505 AVE MUÑOZ RIVERA<br>HATO REY, PR 00918 | | J | UNEMPLOYMENT PREMIUMS | | | | 30,968.21 |

Sheet _____4_____ of _____12_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    71,355.67

(Complete only on last sheet of Schedule F)    **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> EFRAIN NUÑEZ INC <br> PO BOX 191478 <br> SAN JUAN, PR 00919-1478 | | J | BAKERY PRODUCTS | | | | 2,739.21 |
| ACCOUNT NO. <br> EMPRESAS MALDONADO <br> BOX 851 <br> JUANA DIAZ, PR 00795 | | J | HARDWARE | | | | 9,147.84 |
| ACCOUNT NO. <br> ENRIQUE SANCHEZ ALVARADO <br> C/O GARAGE TEXACO <br> CALLE PRINCIPAL URB LA VEGA <br> VILLALBA, PR 00766 | | J | CASH FLOW LOAN | | | | 19,600.00 |
| ACCOUNT NO. <br> EUROBANK <br> P O BOX 195447 <br> SAN JUAN, PR 00919-5447 | | J | VISA CARD ACCOUNT | | | | 710.00 |
| ACCOUNT NO. 59-0797-623-6 <br> FCNB PREFERRED CHARGE <br> SPIEGEL <br> PO BOX 2650 <br> PORTLAND, OR 97208 | | J | PURCHASE OF MERCHANDISE | | | | 650.22 |

Sheet _____ 5 of _____ 12 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    32,847.27

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>GARAGE MARTINEZ<br>PO BOX 1413<br>JUANA DIAZ, PR 00795 | | J | GAS | | | | 1,671.61 |
| **ACCOUNT NO.**<br>HELAPAN<br>CENTRO MERCANTIL INT'L<br>GPO BOX 362213<br>SAN JUAN, PR 00936-2213 | | J | BAKERY PRODUCTS | | | | 2,691.41 |
| **ACCOUNT NO.**<br>IMPRENTA LLORENS<br>HC-03 BOX 12149<br>JUANA DIAZ, PR 00795 | | J | STATIONERY | | | | 367.00 |
| **ACCOUNT NO.**<br>INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA OFIC 914<br>2 PONCE DE LEON PDA 27 1/2<br>SAN JUAN, PR 00918-1693 | | J | UNSECURED CLAIMS FOR TAXES (FUTA & FICA) FOR THE PERIODS OF 12/31/97 UNTIL 12/31/96 | | | | 106,606.02 |
| **ACCOUNT NO.**<br>ISLAND FINANCE CORP<br>BANKRUPTCY DEPARTMENT<br>P O BOX 195369<br>SAN JUAN, PR 00919-5369 | | J | PERSONAL LOAN | | | | 2,900.00 |

Sheet _____6___ of _____12___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    114,236.04

(Complete only on last sheet of Schedule F)    **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | PERSONAL LOAN | | | | |
| ISLAND FINANCE CORP BANKRUPTCY DEPARTMENT P O BOX 195369 SAN JUAN, PR 00919−5369 | | | | | | | 2,900.00 |
| ACCOUNT NO. | | J | CREDIT CARD ACCOUNT | | | | |
| JC PENNEY G P O BOX 364788 SAN JUAN, PR 00936−4788 | | | | | | | 868.38 |
| ACCOUNT NO. | | J | BATTERIES | | | | |
| JOSE A. RODRIGUEZ PO OX 10141 PONCE, PR 00732 | | | | | | | 438.16 |
| ACCOUNT NO. | | J | RENT | | | | |
| JOSE A. RODRIGUEZ CINTRON 115−A CALLE COMERCIO JUANA DIAZ, PR 00795 | | | | | | | 3,625.00 |
| ACCOUNT NO. | | J | TIRES | | | | |
| JULIAN TIRES SERVICE C−100 COTO LAUREL, PR 00708 | | | | | | | 1,050.00 |

Sheet _____7___ of _____12___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    8,881.54

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KOOLEE DE PR <br> PO BOX 363341 <br> SAN JUAN, PR 00936-3341 | | J | ICEE | | | | 2,310.00 |
| ACCOUNT NO. <br><br> LUIS MARRERO <br> URB LAS DELICIAS <br> PONCE, PR 00731 | | J | DAIRY PRODUCTS | | | | 630.93 |
| ACCOUNT NO. <br><br> MARIOLA <br> PO BOX 1316 <br> CABO ROJO, PR 00623 | | J | WATER | | | | 442.75 |
| ACCOUNT NO. <br><br> MAYA FOOD SERVICE INC <br> PO BOX 3927 <br> SAN JUAN, PR 00902 | | J | COLD CUTS | | | | 998.41 |
| ACCOUNT NO. <br><br> MELENDEZ ICE PLANT <br> PO BOX 993 <br> COTO LAUREL, PR 00780 | | J | ICE | | | | 2,724.20 |

Sheet _____8_ of _____12_ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    7,106.29

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MENDEZ & CO INC <br> C/O LCDO DARIO PADIN MIMOSO <br> PO BOX 195337 <br> SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 3,019.20 |
| ACCOUNT NO. <br> MUNICIPIO DE JUANA DIAZ <br> CASA ALCALDIA <br> JUANA DIAZ, PR 00795 | | J | | | | | 13,753.30 |
| ACCOUNT NO. <br> PAS ADVERTISING <br> 301 MARGINAL SUITE 372 <br> LA RAMBLA <br> PONCE, PR 00731 | | J | PROMOTIONS | | | | 680.27 |
| ACCOUNT NO. <br> PED FOOD DISTRIBUTORS INC <br> C/O LCDO PADIN MIMOSO <br> PO BOX 195337 <br> SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 559.13 |
| ACCOUNT NO. <br> PEPSI-COLA DE PR BOTTLING CORP <br> PO BOX 191709 <br> SAN JUAN, PR 00919-1709 | | J | REFRESHMENTS | | | | 1,370.78 |

Sheet \_\_\_\_\_9\_\_ of \_\_\_\_12\_\_ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | 19,382.68

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>POETA LUMBER<br>PO BOX 927<br>JUANA DIAZ, PR 00795 | | J | HARDWARE | | | | 700.67 |
| ACCOUNT NO.<br>PONCE BAKERY SUPPLY<br>PO BOX 668<br>PONCE, PR 00733 | | J | BAKERY PRODUCTS | | | | 3,179.23 |
| ACCOUNT NO.<br>PR TELEPHONE CO<br>P O BOX 71401<br>SAN JUAN, PR 00936-0401 | | J | TELEPHONE SERVICES | | | | 2,321.90 |
| ACCOUNT NO.<br>PURATOS<br>PO BOX 1949<br>CAROLINA, PR 00984-1949 | | J | BAKERY PRODUCTS | | | | 1,292.74 |
| ACCOUNT NO.<br>RED STAR DE PR<br>PO BOX 3428<br>CAROLINA, PR 00984-3428 | | J | BAKERY PRODUCTS | | | | 1,458.38 |

Sheet ____10____ of ____12____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)      8,952.92

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SEARS ROEBUCK OF PR INC<br>G P O BOX 71204<br>SAN JUAN, PR 00936-7604 | | J | CREDIT CARD | | | | 8,025.70 |
| ACCOUNT NO.<br>STATE CHEMICAL SALES CO<br>PO BOX 29474<br>RIO PIEDRAS, PR 00924 | | J | CHEMICALS | | | | 765.10 |
| ACCOUNT NO.<br>SUIZA DAIRY<br>C/O LCDO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 40,203.79 |
| ACCOUNT NO.<br>TAINO PAPER<br>PO BOX 1047<br>BAYAMON, PR 00960-1047 | | J | PAPER BAGS | | | | 2,940.03 |
| ACCOUNT NO.<br>TROPIC JUICE<br>1 AVE FLAMBOYAN<br>COTO LAUREL, PR 00780 | | J | JUICE | | | | 448.00 |

Sheet ___11___ of ___12___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 52,382.62

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> TROPIGAS DE PR <br> PO BOX 11427 <br> SAN JUAN, PR 00910-2527 | | J | GAS | | | | 3,442.00 |
| ACCOUNT NO. <br> V SUAREZ & CO <br> C/O LCDO PADIN MIMOSO <br> PO BOX 195337 <br> SAN JUAN, PR 00919-5337 | | J | CAMARA DE COMERCIANTES STIPULATION ON CASE JCD2000-0417 | | | | 558.70 |
| ACCOUNT NO. <br> ZALES JEWELERS <br> 255 AVE PONCE DE LEON <br> SUITE A-295 <br> SAN JUAN, PR 00917-1901 | | J | CREDIT CARD ACCOUNT | | | | 2,554.90 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet ___12 of ___12 Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | 6,555.60

(Complete only on last sheet of Schedule F) **TOTAL** | 378,315.17

(Report total also on Summary of Schedules)

IN RE: <u>Rentas Santiago, Erick R.</u>                    Case No. <u>B00-</u>
                    Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MR JOSE A RODRIGUEZ CINTRON | LEASE CONTRACT FOR COMERCIAL LOT USED AS PARKING AT 115 COMERCIO STREET JUANA DIAZ PUERTO RICO 00795 ($1,500.00 /M TERM:  2008) |
| KWAN WONG C/O REST POPULAR CHINA CALLE COMERCIO #72 JUANA DIAZ, PR  00795 | LEASE CONTRACT FOR COMMERCIAL PREMISES (SABROSA BAKERY) |
| AAA, AEE, PRTC | UTILITY SERVICE CONTRACTS ON RESIDENCE AND BUSINESS |

[BOF6G] SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MR CARLOS RABASSA ORTIZ<br>MRS CARMEN L MARTINEZ NADAL<br>URB SAN MARTIN B-6<br>JUANA DIAZ, PR  00795 | COOP A/C JUANA DIAZ<br>113 CALLE COMERCIO<br>JUANA DIAZ, PR  00795 |
| MR CARLOS PAGAN<br>MRS JULIA IVETTE COLON<br>URB SAN MARTIN 10TH ST 1-A<br>JUANA DIAZ, PR  00795 | COOP A/C JUANA DIAZ<br>113 CALLE COMERCIO<br>JUANA DIAZ, PR  00795 |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married | NAMES<br>NONE | AGE | RELATIONSHIP |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | MERCHANT | HOUSEWIFE |
| Name of Employer | LA SABROSA BAKERY | |
| How long employed | 14 YEARS | |
| Address of Employer | 115-A COMERCIO STREET<br>JUANA DIAZ PR 00795 | |

<table>
<tr><td></td><td align="right">DEBTOR</td><td align="right">SPOUSE</td></tr>
<tr><td>Income: (Estimate of average monthly income)<br>Current monthly gross wages, salary, and commissions</td><td></td><td></td></tr>
<tr><td>   (pro rate if not paid monthly)</td><td>$_____</td><td>$_____</td></tr>
<tr><td>Estimated monthly overtime</td><td>$_____</td><td>$_____</td></tr>
<tr><td><b>SUBTOTAL</b></td><td>$_____</td><td>$_____</td></tr>
<tr><td>   LESS PAYROLL DEDUCTIONS</td><td></td><td></td></tr>
<tr><td>    a.  Payroll taxes and Social Security</td><td>$_____306.00</td><td>$_____</td></tr>
<tr><td>    b.  Insurance</td><td>$_____</td><td>$_____</td></tr>
<tr><td>    c.  Union dues</td><td>$_____</td><td>$_____</td></tr>
<tr><td>    d.  Other (Specify) _____</td><td>$_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>$_____</td></tr>
<tr><td><b>SUBTOTAL OF PAYROLL DEDUCTIONS</b></td><td>$_____306.00</td><td>$_____</td></tr>
<tr><td><b>TOTAL NET MONTHLY TAKE HOME PAY</b></td><td>$_____306.00</td><td>$_____</td></tr>
<tr><td>Regular income from operation of business or profession or farm</td><td></td><td></td></tr>
<tr><td>   (attach detailed statement)</td><td>$_____2,000.00</td><td>$_____</td></tr>
<tr><td>Income from real property</td><td>$_____</td><td>$_____</td></tr>
<tr><td>Interest and dividends</td><td>$_____</td><td>$_____</td></tr>
<tr><td>Alimony, maintenance or support payments payable to the debtor for the</td><td></td><td></td></tr>
<tr><td>   debtor's use or that of dependents listed above</td><td>$_____</td><td>$_____</td></tr>
<tr><td>Social Security or other government assistance</td><td></td><td></td></tr>
<tr><td>Specify _____</td><td>$_____</td><td>$_____</td></tr>
<tr><td>Other monthly income</td><td></td><td></td></tr>
<tr><td>Specify _____</td><td>$_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>$_____</td></tr>
<tr><td><b>TOTAL MONTHLY INCOME</b></td><td>$_____1,694.00</td><td>$_____</td></tr>
</table>

**TOTAL COMBINED MONTHLY INCOME**    **$** _____1,694.00_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

None

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 152.00 |
| Are real estate taxes included?    Yes _____   No _X_____ | | |
| Is property insurance included?    Yes _____   No _X_____ | | |
| Utilities: Electricity and heating fuel | $ | 150.00 |
|         Water and sewer | $ | 40.00 |
|         Telephone | $ | 120.00 |
|         Other _____ | $ | |
| Home maintenance (repairs and upkeep) | $ | 30.00 |
| Food | $ | 402.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | |
| Medical and dental expenses | $ | 100.00 |
| Transportation | $ | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| Charitable contributions | $ | |
| Insurance: (not deducted from wages or included in home mortgage payments) | | |
|         Homeowner's or renter's | $ | |
|         Life | $ | |
|         Health | $ | 300.00 |
|         Auto | $ | |
|         Other _____ | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|         Auto | $ | |
|         Other _____ | $ | |
|         Other _____ | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other _____ | $ | |

## TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $ 1,494.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each _____ | $ | |
|                                     (interval) | | |

IN RE: <u>Rentas Santiago, Erick R.</u>                    Case No. <u>B00-</u>
                              Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 14 _____

                                                                                    (Total shown on summary page plus 1)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ 08/15/2000 _____        Signature: _____

                                    Rentas Santiago, Erick R.                          Debtor

Date: _____ 08/15/2000 _____        Signature: _____

                                    Torres Rodríguez, Raquel M.              (Joint Debtor, if any)

                                                        [If joint case, both spouses must sign.]

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer                                Date

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other

officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____

_____ (corporation or partnership) named as debtor in this case,

declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____

                                                                                    (Total shown on summary page plus 1)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                    _____
                                                (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**IN RE**

Rentas Santiago, Erick R.
D/B/A La Sabrosa Bakery
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
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

Urb. San Martin
Calle 1 B#7
Juana Díaz, PR 00795

& Torres Rodríguez, Raquel M.
D/B/A La Sabrosa Bakery

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

Urb. San Martin
Calle 1 B#7
Juana Díaz, PR 00795

**DEBTOR(S)**

Case No. B00-

Chapter 11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None", or the question is not applicable, mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet property identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates' any managing agent of the debtor. (11 U.S.C. § 101).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (If more than one) |
|---|---|
| $14,500.00 | 1996 GROSS INCOME |
| $21,261.00 | 1997 GROSS INCOME |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

None
[X] b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None
[X] List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None
[X] a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
[X] b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

## 2. Income other than from employment or operation of business

None
[X] State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

AMOUNT                    SOURCE

## 3. Payments to creditors

None
[X] a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
[X] b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR; RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
[ ] a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CIVIL NO. CD96-0798 | COLLECTION OF MONIES | JUANA DIAZ | SETTLED |
| CAMARA DE COMERCIANTES VS DEBTORS CASE NO. JCD2000-0417 | COLLECTION OF MONIES | PONCE SUP. | SETTLED |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

## 7. Gifts

None [X]

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

## 8. Losses

None [X]

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

## 9. Payments related to debt counseling or bankruptcy

None [ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| BIGAS & BIGAS MODESTO BIGAS MENDEZ, ESQ P O BOX 7462 PONCE PR 00732-7462 | 8/15/2000 | $5,000.00 RETAINED $ 830.00 FILING FEES |

## 10. Other transfers

None [X]

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

### 11. Closed financial accounts

None
[X] List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
|  |  |  |

### 12. Safe deposit boxes

None
[X] List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
|  |  |  |  |

### 13. Setoffs

None
[X] List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
|  |  |  |

### 14. Property held for another person

None
[X] List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
|  |  |  |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

## 15. Prior address of debtor

None

[X] If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

## 16. Nature, location and name of business

None

[ ] a. If the debtor is an individual, list the names and address of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and address of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|
| LA SABROSA BAKERY PRESENT | 115 COMERCIO ST | BAKERY, CONVENIENCE | 6/30/87 – |
| | JUANA DIAZ PR | STOCK | |

## 17. Books, records and financial statements

None

[ ] a. List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| NATIVIDAD QUIÑONES CANOVANAS PR | 1998 – PRESENT |

None
[X] b. List all firms who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

---

None
[ ] c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS
ERICK RENTAS SANTIAGO          115 COMERCIO ST JUANA DIAZ PR 00795

---

None
[X] d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                              DATE ISSUED

---

**18. Inventories**

None
[X] a. List the dates of the last two inventories taken on your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                              DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY              INVENTORY SUPERVISOR           (Specify cost, market or other basis)

---

None
[X] b. List the name and address of the person having possession of the records of each of the two inventories reported in a. above.

                              NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY             OF INVENTORY RECORDS

---

### 19. Current partners, officers, directors and shareholders

None
[X]  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
[X]  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 20. Former partners, officers, directors and shareholders

None
[X]  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
[X]  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 21. Withdrawals from a partnership or distributions by a corporation

None
[X]  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____08/15/2000_____   Signature of Debtor _Rentas Santiago, Erick R._

Date _____08/15/2000_____   Signature of Joint Debtor _Torres Rodríguez, Raquel M._ (if any)

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer                                              Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____     _____
Signature of Bankruptcy Petition Preparer                                                          Date

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs, and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_ continuation sheets attached

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:

*ERICK R. RENTAS SANTIAGO and his wife, RAQUEL M. TORRES RODRIGUEZ d/b/a LA SABROSA BAKERY*

*Debtor*

CASE NO. B00 - 0 9 4 9 2

CHAPTER 11

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY

Upon the filing of the instant petition, the items checked were not submitted:

( )  Signature (Upon filing)

( )  Master Address List (Upon filing)

( )  List of Creditors (Upon filing)
    If partnership, list of each and limited partner.

( )  If Corporation, list of all officers and directors (Exhibit A) (Upon filing)

( )  Employer ID Number and/or Social Security Number (Upon filing)

( )  List of Twenty (20) Largest Unsecured Creditors (Form 4) (Upon filing)

( / )  Declaration under penalty of perjury on behalf of the corporation or partnership (Form 2) (Upon filing) *does not apply* .

( )  Debtor's (s') Attorney Disclosure of Compensation Form (Upon filing)

( )  Master Address List for Equity Security Holders (15 days)

( )  Schedules (15 days)

( )  Statement of Affairs (15 days)

You are hereby notified that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

San Juan, Puerto Rico, this     AUG 1 7 2000

BY ORDER OF THE COURT

CELESTINO MATTA-MENDEZ
CLERK OF THE COURT

By: _____
        Deputy Clerk